**No. 10-9981. Joshua Wayne Andrews, Petitioner v. Virginia.**

564 U.S. 1008, 131 S. Ct. 2999, 180 L. Ed. 2d 827, 2011 U.S. LEXIS 4469.

June 13, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

Same case below, 280 Va. 231, 699 S.E.2d 237.